■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FANTASIA QUILES, Appellant. [957 NYS2d 261]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Daniel FitzGerald, J., at plea; Bonnie Wittner, J., at sentencing), rendered on or about April 26, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Andrias, Freedman, Román and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTO QUESADO, Appellant. [956 NYS2d 883]—Judgment, Supreme Court, New York County (Kibbie F. Payne, J.), rendered May 14, 2009, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to a term of 1½ years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations. The experienced narcotics officer's observation of what appeared to be the exchange of a bag of white powder for money provided probable cause for defendant's arrest (see People v Jones, 90 NY2d 835 [1997]). Concur—Tom, J.P., Andrias, Freedman, Román and Gische, JJ.